UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Albert Anthony Verone,  
                                   Case No. GL 21-02397  
                                   Chapter 7  
                                   Hon. John T. Gregg

                          Debtor. /

## **NOTICE OF WITHDRAWAL**

      Based upon the documents received during the interim, including the Debtor's filings on November 11, 2021 [Dkt. No. 11] and November 22, 2021 [Dkt. No.s 18-21], the United States Trustee hereby withdraws his MOTION TO DISMISS CHAPTER 7 CASE UNDER 11 U.S.C. §707(a) without prejudice for the reason that the issues raised in the motion have been resolved.

      The United States Trustee therefore requests that the Court vacate the 10:00 a.m. hearing previously set for December 7, 2021 [Dkt. No. 16] as moot; and to excuse all appearances at the vacated hearing.

                                   Respectfully Submitted,

Date: November 23, 2021           ANDREW R. VARA  
                                   United States Trustee  
                                   Region 3 and 9

                     By:    /s/ Kenneth G. Lau  
                           Kenneth G. Lau  
                           Trial Attorney  
                           Office of the United States Trustee  
                           United States Department of Justice  
                           125 Ottawa NW, Suite 200R  
                           Grand Rapids, Michigan 49503  
                           Tel: (6l6) 456-2002 ext. 118